THE PEOPLE OF THE STATE OF NEW YORK ex rel. BROOKLYN UNION ELEVATED RAILROAD COMPANY, Appellant, v. ERASTUS C. KNIGHT, as Comptroller of the State of New York, Respondent.

*People ex rel. Brooklyn Union El. R. R. Co.* v. *Knight*, 85 App. Div. 623, affirmed.

(Argued March 14, 1904; decided March 29, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered August 5, 1903, which affirmed a determination of the defendant assessing a franchise tax upon the relator.

*Charles A. Collin* for appellant.

*John Cunneen, Attorney-General (William H. Wood* on the brief), for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., HAIGHT, MARTIN, CULLEN and WERNER, JJ. Dissenting: GRAY and O'BRIEN, JJ.